IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARTHA COMBS                                                              PLAINTIFF

VS.                               CASE NO. 03-CV-1137

AMERICAN FUEL CELL AND
COATED FABRICS COMPANY                                        DEFENDANT

## **ORDER**

Before the Court is a Settlement Stipulation filed on behalf of all parties in the above styled and numbered case. Having agreed and stipulated that this case has been fully and finally settled, the parties move that Plaintiff's Complaint against the Defendant American Fuel Cell and Coated Fabrics Company be dismissed with prejudice. IT IS THEREFORE ORDERED that the Complaint in this action is hereby **dismissed with prejudice**.

If any party desires the term of the settlement be part of the record herein, those terms should be reduced to writing with the Court within thirty (30) days of the entry of this Order.

The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 6th day of February, 2006.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge